IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUVADA MAHMUTOVIC,

    Plaintiff,　　　　　　　　　　　No. CIV S-08-2166 FCD KJM PS

    vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

    Defendant.　　　　　　　　　　　ORDER

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on November 12, 2008 are defendants' motions to dismiss and motions to strike. Opposition to the motions to dismiss filed by defendant First American Loanstar Trustee Services (docket no. 15) and Option One Mortgage Co. (docket no. 13) has been filed. However, opposition to the remaining pending motions (docket nos. 8, 9, 22, 23) has not been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j)

1

provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of November 12, 2008 is vacated. Hearing on defendant's motions (docket nos. 8, 9, 13, 15, 22, 23) is continued to December 10, 2008 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motions (docket nos. 8, 9, 22, 23) no later than November 26, 2008. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that the motions to dismiss be granted.

DATED: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

006
mahmutovic.nop

2