SUVADA MAHMUTOVIC
1200-1202 Clinton Road
Sacramento, California 95825
(916) 922-2945 Telephone
Attorney in Pro. Se.



FILED
JAN 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## *EASTERN* DISTRICT OF CALIFORNIA

| SUVADA MAHMUTOVIC, | CASE NUMBER |
| --- | --- |
| Plaintiff(s), | 2:08-CV-02166-FCD-KJM PS |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Suvada Mahmutovic

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

January 15, 2009                    *Suvada Mahmutovic*
_____                    _____
     Date                          Signature of Attorney/Party

1/21/09     IT IS SO ORDERED
            _____

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)         NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)